UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| LONG T. PHAM, | ) | |
| Plaintiff, | ) | Case No. 2:13-cv-02226-MMD-GWF |
| vs. | ) | **ORDER** |
| DUPLO USA CORPORATION, *et al.*, | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendants' failure to file a Statement in Removal. The Minutes of the Court (#3) dated December 6, 2013, required the party removing the action to this court to file a Statement in Removal no later than fifteen (15) days of the minute order. To date, Defendants have not complied. Accordingly,

**IT IS ORDERED** counsel for Defendants shall file a Statement in Removal which fully complies with the Minutes of the Court (#3) no later than **January 21, 2014**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 8th day of January, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge